# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form16instructions.pdf*

**9th Cir. Case Number(s)** 26-6445

**Case Name** Rogoff v. Trump et al.

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

An immediate administrative stay while this Court considers the motion, and a stay of the district court's preliminary injunction reinstating Plaintiff Roger Rogoff as U.S. Attorney for the Western District of Washington.

Relief is needed no later than *(date)*: Oct 5, 2026

The following will happen if relief is not granted within the requested time:

Plaintiff Roger Rogoff will inappropriately exercise the executive power of the United States without being accountable to the President. The government requests an immediate administrative stay and a ruling on the stay motion by October 5 because plaintiff's continued exercise of the executive power without presidential supervision is irreparable harm to the government. See Trump v. Boyle, 145 S. Ct. 2653, 2654 (2025). The district court's order will create chaos by altering the leadership of a prosecutorial office, especially given the injunction against the Attorney General "obstruct[ing]" Rogoff's exercise of the powers of the office.

I could not have filed this motion earlier because:

The district court issued the injunction yesterday on October 1, 2026.

I requested this relief in the district court or other lower court: ◉ Yes ○ No

If not, why not:

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ◉ Yes ○ No

If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: 10/1/2026

By *(method)*: Email

Position of other parties: Opposed

Name and best contact information for each counsel/party notified:

Counsel for plaintiff-appellee Roger Rogoff:
Hailyn J. Chen, Hailyn.Chen@mto.com, 213-683-9548
Donald B. Verrilli, Jr., Donald.Verrilli@mto.com, 213-683-9507
Connor Hoge, Connor.Hoge@mto.com, 415-512-4016
Cynthia Long, Cynthia.Long@mto.Com, 202-220-1116
Daniel Kalish, Dkalish@hkm.com, 206-826-5354
Esthena Barlow, Esthena.Barlow@mto.com, 202-220-1100
Jason A. Rittereiser, jrittereiser@hkm.com, 206-838-2504

I declare under penalty of perjury that the foregoing is true.

**Signature** /s/ Andrew Skaras **Date** Oct 2, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*