**C.A. No. 26-6445**

# In the United States Court of Appeals for the Ninth Circuit

**ROGER ROGOFF,**

***Plaintiff-Appellee,***

v.

**DONALD J. TRUMP, ET AL.,**

***Defendants-Appellants.***

*On Appeal from the United States District Court for the Western District of Washington*
*Case No. 2:26-cv-02566-SAB*
*The Honorable Stanley A. Bastian*

## PLAINTIFF-APPELLEE'S NON-OPPOSITION TO MOTION FOR STAY PENDING APPEAL

Hailyn J. Chen
Victoria A. Degtyareva
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Donald B. Verrilli, Jr.
Esthena L. Barlow
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 220-1100

*Counsel for Plaintiff-Appellee*

## STATEMENT

On October 1, 2026, the district court found that Plaintiff Roger Rogoff was likely to succeed on the merits of his claim that he was unlawfully fired from the position of U.S. Attorney for the Western District of Washington. The court entered a preliminary injunction, and Defendants filed a notice of interlocutory appeal later that afternoon. The next day, on October 2, 2026, Defendants filed a motion in this Court seeking a stay pending appeal.

Rogoff does not oppose Defendants' request for a stay pending appeal, as set forth in docket entry 9.1 of this case. In filing this statement, he does not concede that Defendants are likely to succeed on the merits of this appeal or satisfy any of the other requirements for a stay. Rogoff reserves all rights, claims, and arguments.

DATED: October 5, 2026 MUNGER, TOLLES & OLSON LLP

By: /s/ *Hailyn J. Chen*

Attorneys for Appellee Roger Rogoff

## CERTIFICATE OF COMPLIANCE

I hereby certify that this statement complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this brief contains 134 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f). This statement complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word 2016 in 14 point Times New Roman font.

DATED: October 5, 2026 MUNGER, TOLLES & OLSON LLP

By: /s/ *Hailyn J. Chen*

Attorneys for Appellee Roger Rogoff