# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form: https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 26-6445

**Case Name** Rogoff v. Trump et al.

**Counsel submitting this form** Andrew Skaras

**Represented party/parties** Donald J. Trump, Todd Blanche, et al.

*Briefly describe the dispute that gave rise to this lawsuit.*

The U.S. District Court for the Western District of Washington appointed Plaintiff-Appellee Roger Rogoff as U.S. Attorney for the Western District of Washington pursuant to 28 U.S.C. 546(d). Defendant-Appellant President Donald J. Trump removed Rogoff from office, and Rogoff sued for reinstatement and to enjoin his removal from office until the President appoints and the Senate confirms his successor pursuant to 28 U.S.C. 541.

*Briefly describe the result below and the main issues on appeal.*

On October 1, 2026, Chief Judge Stanley A. Bastian of the Eastern District of Washington sitting by designation granted Plaintiff's motion for a preliminary injunction and reinstated Rogoff as U.S. Attorney for the Western District of Washington. Dkt. 44. The district court enjoined the Attorney General from firing Rogoff, "[p]urport[ing] to remove" him, "in any way treat[ing] him as having been removed[,] * * * [d]eny[ing] or obstruct[ing]" him "from accessing any of the benefits or resources of his position[,] * * * [o]therwise obstruct[ing]" him "from his ability to carry out the duties of the U.S. Attorney[,]" or "[t]reat[ing] any individual other than" him "as U.S. Attorney for the Western District of Washington." Id. at 9–10.

The main issues on appeal are (1) whether the President has authority to remove a U.S. Attorney, and (2) whether Plaintiff is entitled to a preliminary injunction.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The district court held a hearing on Plaintiff's motion for a preliminary injunction on October 1, 2026, and issued the preliminary injunction the same day.

Counsel is unaware of any related proceedings in other tribunals.

**Signature** /s/ Andrew Skaras **Date** 10/6/2026
*(use "*s/[typed name]*" to sign electronically-filed documents)*